# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEAN DITZLER,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:14-70** |
| v. : | (JUDGE MANNION) |
| **HOUSING AUTHORITY OF CITY OF NANTICOKE,** : | |
| : | |
| **Defendant** | |
| : | |

## ORDER

Pursuant to the memorandum issued this same day, **IT IS HEREBY ORDERED** that the defendant's motion for summary judgment, (Doc. 21), is **GRANTED.**

The Clerk is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 21, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0070-01-ORDER.wpd